UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| W. ASHWOOD KAVANNA,<br><br>                            Plaintiff,<br><br>         -against-<br><br>DANA LAWRO, ET AL,<br><br>                            Defendants. | 22-CV-9774<br><br>CIVIL JUDGMENT |

    For the reasons stated in the January 4, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 4, 2023
            New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge